Mark D. Samson, SBN 011076
KELLER ROHRBACK L.L.P.
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012-2600
Telephone: (602) 248-0088
Facsimile: (602) 248-2822
msamson@kellerrohrback.com

T. David Copley, SBN 009952
Ryan McDevitt, *pro hac vice*
Matthew Preusch, *pro hac vice*
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
dcopley@kellerrohrback.com
rmcdevitt@kellerrohrback.com
mpreusch@kellerrohrback.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Michael L. Taylor, on behalf of himself and other persons similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>AutoZone, Inc., a Tennessee corporation authorized to do business in Arizona;<br><br>Defendant. | **No. CV10-08125-PCT-FJM**<br><br>**PLAINTIFFS' SUPPLEMENTAL RESPONSE TO DEFENDANTS' MOTION TO DECERTIFY** |
| Dilawar Khan; Volena Glover-Hale; and Manuel Montoya, on behalf of themselves and other persons similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>AutoZoners, LLC, a Nevada Limited Liability Company; and AutoZone, Inc., a Nevada Corporation authorized to do business in Arizona;<br><br>Defendants. | Case No. CV10-01828-PHX-FJM<br><br>**(Consolidated Cases)** |

Plaintiffs Michael Taylor, Dilawar Khan, Volena Glover-Hale, and Manuel Montoya ("Plaintiffs"), by and through their undersigned counsel, provide this supplemental response to Defendants' Motion to Decertify. ECF 341.

The parties and the Court extensively discussed Defendants' decertification proposal during the January 14, 2015 Pretrial Conference. *See* ECF 355, Minute Order (stating that "[341] Motion to Decertify Class is DENIED, without prejudice to the Court's right to decertify part or all of this case depending on the presentation of evidence"). As a result of that colloquy, Plaintiffs no longer oppose Defendants' request that the Class be decertified without prejudice as to the issue of damages, preserving all of the opt-in Plaintiffs' rights to pursue damages in the event a declaratory judgment is entered in their favor on the issues of liability and/or willfulness. Plaintiffs continue to oppose Defendants' motion to the extent it seeks decertification of the Class regarding liability and willfulness.

As the Court noted in colloquy, under such an approach, the jury in the upcoming trial could determine Defendants' liability as to everyone and damages for the four named Plaintiffs. If Plaintiffs prevail at trial, judgment could be entered in favor of the named Plaintiffs on liability and damages, and in favor of the opt-in class members in the form of a declaratory judgment regarding liability. The opt-in class members would have the option of converting their declaratory relief into damages (which option this Court will have expressly preserved in its partial decertification order), based on proper proof, in a subsequent proceeding.[1]

DATED this 16th day of January, 2015.

---

[1] An alternative approach, which Plaintiffs urge the court to consider, would be bifurcation of this trial into two phases – liability and damages – with limited discovery solely on the issue of the opt-in Plaintiffs' damages in the interim. *See generally* 7b WRIGHT, MILLER & KANE, FEDERAL PRACTICE AND PROCEDURE 3rd § 1807 at 503 (2005) ("In the few reported [FLSA collective actions] that have proceeded to trial, courts have bifurcated the proceedings[.]"); *see also Espinoza v. Cnty. of Fresno*, 290 F.R.D. 494, 507 (E.D. Cal. 2013) ("courts in FLSA cases routinely bifurcate the issue of damages;" quoting *Maynor v. Dow Chem. Co.*, 671 F. Supp. 2d 902, 933-34 (S.D. Tex. 2009)).

1

| | |
|---|---|
| 1 | By: /s/ T. David Copley |
| 2 | T. David Copley<br>Ryan McDevitt |
| 3 | Keller Rohrback L.L.P.<br>1201 Third Avenue, Suite 3200 |
| 4 | Seattle, Washington 98101<br>(206) 623-1900 |
| 5 | Mark D. Samson |
| 6 | Keller Rohrback L.L.P.<br>3101 N. Central Avenue, Suite 1400 |
| 7 | Phoenix, Arizona 85012<br>(602) 248-2822 |
| 8 | Matthew Preusch |
| 9 | Keller Rohrback L.L.P.<br>1129 State Street, Suite 8 |
| 10 | Santa Barbara, CA 93101<br>(805) 456-1496 |
| 11 | *Attorneys for Plaintiffs* |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2015, I caused the foregoing document to be filed with the Clerk of the Court via the CM/ECF system, which will send notice of such filing to the following persons:

Andrew J. Voss, R. Shawn Oller, Cory G. Walker and Samuel S. Deskin.

There are no non-CM/ECF participants.

DATED this 16th day of January, 2015.

/s/ Kathy Kendrick
Legal Assistant