R. Shawn Oller; AZ Bar No. 019233
soller@littler.com
Cory G. Walker; AZ Bar No. 027853
cgwalker@littler.com
LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road, Suite 900
Phoenix, AZ 85016
Telephone: 602.474.3600
Facsimile: 602.957.1801

Andrew J. Voss; *Pro Hac Vice admission*
avoss@littler.com
LITTLER MENDELSON, P.C.
80 South 8th Street, Suite 1300
Minneapolis, MN 55402.2136
Telephone: 612.630.1000
Facsimile: 612.630.9626

Attorneys for Defendants
AutoZoners, LLC, and AutoZone, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Taylor, on behalf of himself and other persons similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AutoZone, Inc., a Tennessee corporation authorized to do business in Arizona,<br><br>　　　　Defendant. | Case No. CV10-08125-PCT-FJM |
| Dilawar Khan, Volena Glover-Hale, and Manuel Montoya, on behalf of themselves and other persons similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>AutoZoners, LLC, a Nevada Limited Liability Company, and AutoZone, Inc., a Nevada Corporation authorized to do business in Arizona,<br><br>　　　　Defendants. | Case No. CV10-01828-PHX<br><br>(Consolidated)<br><br>**NOTICE OF SETTLEMENT** |

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

Plaintiffs Michael Taylor, Dilawar Khan, Volena Glover-Hale and Manuel Montoya ("the Named Plaintiffs) together with AutoZoners, LLC and AutoZone, Inc. ("Defendants") hereby notify the Court that they have reached a settlement as to the claims asserted by the Named Plaintiffs. Concurrently, the Named Plaintiffs and Defendants have filed a Stipulation to Decertify the Collective Action. The parties will submit a Stipulation for Dismissal of this case with prejudice as to the Named Plaintiffs and a Proposed Order of Dismissal by January 30, 2015.

DATED this 19th day of January, 2015

*s/ R. Shawn Oller*
R. Shawn Oller
Cory G. Walker
Andrew J. Voss
LITTLER MENDELSON, P.C.
Attorneys for Defendants
AutoZoners, LLC, and AutoZone, Inc.

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

-2-

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and mailed a copy of same to the following if non-registrants, this 19th day of January, 2015:

T. David Copley
Benjamin B. Gould
Ryan McDevitt
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Attorneys for Plaintiffs

Mark D. Samson
KELLER ROHRBACK, P.L.C.
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012-2600
Attorneys for Plaintiffs

Samuel Deskin
DESKIN LAW FIRM
1020 Sherbourne Drive, Suite 204
Los Angeles, California 90035
Attorney for Plaintiff Michael Taylor

*s/ Ashleigh Machrol*

Firmwide:131218803.1 013306.2160

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

-3-